IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW A CEJAS,

      Petitioner,                    No. CIV S-07-1886 MCE KJM P

      vs.

JAMES A. YATES,

      Respondent.                FINDINGS AND RECOMMENDATIONS

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

      Although it appears that petitioner is able to pay the $5.00 filing fee for this habeas action, the court finds that the underlying action is frivolous.

      Petitioner was convicted of murder in Sacramento County Superior Court. In this habeas petition, he challenges the imposition of a $25,000 restitution fine because the superior court did not make a determination that he had the ability to pay such a fine. He also alleges that trial counsel was ineffective for failing to establish petitioner's inability to pay or otherwise to challenge the imposition of the restitution fine.

/////

1

1       In <u>Barnickel v. United States</u>, 113 F.3d 704, 706 (7th Cir. 1997), the Court of

2 Appeals held that a challenge to the fine or restitution portion of a sentence, even one which

3 includes incarceration, is not cognizable in a motion to vacate a sentence under 28 U.S.C.

4 § 2255, because the relief requested does not qualify as a right to be released, as required by the

5 statute.  In <u>Dremann v. Francis</u>, 828 F.2d 6 (9th Cir. 1987), the Court of Appeals for the Ninth

6 Circuit held that a habeas challenge to a fine only was not cognizable in federal court.

7       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed as

8 frivolous.

9       These findings and recommendations are submitted to the United States District

10 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

11 days after being served with these findings and recommendations, plaintiff may file written

12 objections with the court.  The document should be captioned "Objections to Magistrate Judge's

13 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

14 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

15 F.2d 1153 (9th Cir. 1991).

16 DATED: January 9, 2008.

17 _____
      U.S. MAGISTRATE JUDGE

20 2

21 ceja1886.56