IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

    Petitioner,

  vs.

JAMES A. YATES,

    Respondent.

                         /

No. 2:07-cv-01886-MCE-KJM P

ORDER

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On January 10, 2008, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

///

///

///

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
2  this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file,
3  the court finds the findings and recommendations to be supported by the record and by proper
4  analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1.  The findings and recommendations dated January 9, 2008, are adopted in full; and
7  2.  This action is dismissed and the clerk is directed to close the file.

Dated: February 19, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE